798 A.2d 1245

IN THE MATTER OF JAMES FRANCIS PEARN,
JR., AN ATTORNEY AT LAW.

June 5, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–317, concluding that as a matter of reciprocal discipline, **JAMES FRANCIS PEARN, JR.,** of **MAPLE GLEN, PENNSYLVANIA,** who was admitted to the bar of this State in 1983, and who was been ineligible to practice law since September 20, 1993, for failure to pay the annual assessment to the New Jersey Lawyers' Fund for Client Protection as required by *Rule* 1:28–2, should be suspended from the practice of law for a period of three years based on discipline imposed by the Commonwealth of Pennsylvania, for conduct constituting violations of *RPC* 1.5(a) (excessive fee) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JAMES FRANCIS PEARN, JR.,** is suspended from the practice of law for a period of three years and until the further Order of the Court, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.